**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DAVID W. FRAME,

        Plaintiff,

vs.                                         Case No. 3:10-cv-360-J-34JRK

UNITED STATES OF AMERICA,

        Defendant.
_____/

**ORDER**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 18; Report), entered by the Honorable James R. Klindt, United States Magistrate Judge, on December 30, 2010. In the Report, Magistrate Judge Klindt recommended that the Court grant Defendant's Motion to Dismiss and Memorandum in Support, and dismiss this case. See Report at 14. On January 18, 2011, Plaintiff filed his Written Objections to Magistrate Judge's Recommendation to Dismiss Plaintiff's Complaint (Dkt. No. 20; Objections). After being prompted to do so by the Court, on February 24, 2011, Defendant filed its response to the Objections. See Defendant's Response to Plaintiff's Objections to the Report and Recommendation (Dkt. No. 22).

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007). Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will overrule the Objections, and accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. Plaintiff's Written Objections to Magistrate Judge's Recommendation to Dismiss Plaintiff's Complaint (Dkt. No. 20) are **OVERRULED**.

2. The Magistrate Judge's Report and Recommendation (Dkt. No. 18) is **ADOPTED**.

3. Defendant's Motion to Dismiss and Memorandum in Support (Dkt. No. 5) is **GRANTED**.

4. This case is **DISMISSED**.

     5.     The Clerk of the Court is directed to enter judgment dismissing the case, terminate any pending motions or deadlines as moot, and close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this 9th day of March, 2011.

                                                MARCIA MORALES HOWARD
                                                United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Plaintiff